### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TRACY LEE BRONSON**                                                   **PETITIONER**
ADC #171510

**v.**                              **CASE NO. 4:20-CV-01183-BSM**

**DEXTER PAYNE**                                                        **RESPONDENT**
*Director, ADC*

### ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Beth Deere's

recommended disposition [Doc. No. 11] is adopted.  Tracy Lee Bronson's petition [Doc. No.

2] is denied and a certificate of appealability is denied.  *See* 28 U.S.C. § 22535(c)(1)-(2);

Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.  Accordingly, this case

is dismissed with prejudice.

IT IS SO ORDERED this 12th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE