IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRACY LEE BRONSON**                                                              **PETITIONER**
ADC #171510

v.                             CASE NO. 4:20-CV-01183-BSM

**DEXTER PAYNE**                                                                    **RESPONDENT**
*Director, ADC*

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE